IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:20CR354 |
| v. | : | |
| KAREN MARIE JONES. | : | |

## FACTUAL BASIS

NOW COMES the United States of America, by and through MatthewG. T. Martin, United States Attorney for the Middle District of North Carolina,and as a factual basis under Rule 11, Fed. R. Crim. P., states the following:

1. From on or about December 1, 2012 and continuing until on or about April 15, 2017,KAREN MARIE JONES ("JONES") lived in Durham County, NorthCarolina.

2. From on or about December 1, 2012 and continuing until on or about April 15, 2017, JONES and her co-conspirators worked together at multiple business locations in Durham County, North Carolina. Starting in 2013, JONES owned and operated a tax return preparation businessnamed "Jones and Stone Taxes," which was situated in Durham County, North Carolina.

3. JONESand her co-conspiratorsworked as return preparers at Jones and Stone Taxes.

1

4. From on or about December 1, 2012 and continuing until on or about April 15, 2017, in the Middle District of North Carolina, JONES, along with her co-conspirators, did knowingly and unlawfully conspire, combine, confederate, and agree together to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful Government functions of the Internal Revenue Service ("IRS") in the ascertainment, computation, assessment, and collection of revenue.

5. JONES knowingly and voluntarily joined the conspiracy to defraud the United States by aiding and assisting clients in the preparation of false U.S. Individual Income Tax Returns.

6. JONES, along with her co-conspirators, falsified items on the federal income tax returns of clients for the purpose of increasing income tax refunds issued by the IRS to those clients. The false items on the returns include, but are not limited to, false education credits, false income, and false federal withholdings.

7. JONES, along with her co-conspirators, also falsified federal income tax returns of clients for the purpose of increasing income tax refunds issued by the IRS to those clients by listing the names and social security numbers of false dependents on tax returns.

8. JONES, along with her co-conspirators, knew that her clients were not entitled to claim those false credits or deductions. As a result of the materially false tax returns they prepared, JONES and her co-conspirators caused clients to underpay their income taxes and/or to receive falsely inflated tax refunds to which they were not entitled.

9. It was a part of the conspiracy that JONES, along with her co-conspirators, kept a list of educational institutions and their corresponding tax identification numbers to assist in creating tax returns with fraudulent education credits.

10. It was a part of the conspiracy that JONES, along with a co-conspirator, used a third-party tax return preparer's electronic filing identification number ("EFIN") to electronically file false tax returns she prepared for the 2016 tax year after her business's EFIN was suspended.

11. It was a part of the conspiracy that JONES, along with her co-conspirators, would and did collect fees from clients for preparing their false income tax returns.

12. JONES willfully aided and assisted in the preparation of the false income tax returns as charged in Counts 2 to 7 of the Indictment, knowing that these income tax returns were false or fraudulent, and she did so in the Middle District of North Carolina.

13. From on or about December 1, 2012 and continuing until on or about April 15, 2017, JONES and her two co-conspirators caused the preparation and presentation of approximately 1,388 tax returns for clients under the business name of Jones and Stone Taxes. A majority of these tax returns contained false material items, such as false education credits, manipulated income to qualify for larger earned income tax credits, and false dependents. Based on an analysis of the falsely claimed education credits, the tax loss is approximately $1,264,493.

14. The actions of JONES recounted above were in all respects voluntary, knowing, deliberate, and willful, and were not committed by mistake, accident or any other innocent reason.

By signing below, the parties stipulate that the following facts are true and correct, and that, had the matter gone to trial, the United States would have proven them beyond a reasonable doubt by competent and admissible evidence.

MATTHEW G.T. MARTIN
United States Attorney

By: *Todd A. Ellinwood* (CNB)
TODD A. ELLINWOOD
Assistant Chief, Tax Division

KAVITHA BONDADA
Trial Attorney, Tax Division

4

After consulting with my attorney and pursuant to the plea agreement entered into this day between KAREN MARIE JONES and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Date: *Karen Marie Jones* 10/28/20
KAREN MARIE JONES
Defendant

I am KAREN MARIE JONES'S attorney. I have carefully reviewed the above Factual Basis with her. To my knowledge, her decision to stipulate to these facts is an informed and voluntary one.

Date: *George E. Crump, III* 10/28/20
GEORGE E. CRUMP, III  NCSB No 7676
Attorney for the Defendant